# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

KOKILABEN SOMABHAI CHAUDHARI, et al.,

Plaintiff(s),

v.

ALEJANDRO MAYORKAS and DANIEL M. RENAUD,

Defendant(s).

Case No.  24 CV 6893
Judge Jeremy C. Daniel

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Judgment entered in favor of defendants and against plaintiffs.

---

This action was (check one):

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Jeremy C. Daniel on a motion to dismiss.

Date:12/16/2024

Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk